IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BILLY LAND,
        Petitioner,
    v.                                         **Judgment in a Civil Case**
ALVIN KELLER, JR.,
        Respondent.                     Case Number: 5:11-HC-2200-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for consideration of the respondent's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's motion for summary judgment is granted and this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on August 22, 2012, with service on:
Billy Land 0231911, Odom Correctional Center, 485 Odom Road, Jackson, NC 27845 (via U.S. Mail)
Clarence J. DelForge (via CM/ECF Notice of Electronic Filing)

August 22, 2012                                      /s/ Julie A. Richards
                                                                   Clerk

Raleigh, North Carolina